UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KYJEN COMPANY, LLC,<br><br>                    Plaintiff,<br><br>-v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants. | 23 Civ. 612 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that the Plaintiff shall appear for a video conference, via Microsoft Teams, on January 27, 2022 at 4:00 PM, to address, among other things, the application for the temporary restraining order and alternative service.  Plaintiff shall be prepared to address the court's decision with respect to service in *Smart Study Co. v. Acuteye-Us*, No. 21-CV-5860-GHW, 2022 WL 2872297 (S.D.N.Y. July 21, 2022).  Plaintiff will receive log-in credentials via the e-mail information provided on the docket.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 726 743 363#.

      SO ORDERED.

Dated:  January 25, 2023
          New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge