UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KYJEN COMPANY, LLC,<br><br>                   Plaintiff,<br><br>-v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                   Defendants. | 23 Civ. 612 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that a hearing will be held, via Microsoft Teams, on February 13, 2023 at 11:30 AM, regarding Plaintiff's application for a preliminary injunction. Counsel will receive log-in credentials via e-mail.  The public listen-only line may be accessed by dialing (646) 453-4442 and entering Conference ID: 909 116 627#.

      SO ORDERED.

Dated: February 2, 2023
       New York, New York

                                                     JENNIFER H. REARDEN
                                                   United States District Judge