UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KYJEN COMPANY, LLC,<br><br>                          Plaintiff,<br><br>-v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                          Defendants. | 23 Civ. 612 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

        The preliminary injunction hearing, previously scheduled for February 13, 2023 at 11:30 AM, is adjourned to February 24, 2023 at 2:00 PM.  The hearing will be conducted via Microsoft Teams.  Counsel will receive log-in credentials via e-mail.  The public listen-only line may be accessed by dialing (646) 453-4442 and entering Conference ID: 909 116 627#.

        SO ORDERED.

Dated:  February 10, 2023
           New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge