UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE KYJEN COMPANY, LLC,

                 Plaintiff,

        -v.-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

                 Defendants.

23 Civ. 612 (JHR)

PRELIMINARY INJUNCTION
ORDER

JENNIFER H. REARDEN, District Judge:

This matter comes before the Court on the application of The Kyjen Company, LLC ("Plaintiff"), by Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on Schedule A to the Preliminary Injunction Order, attached hereto (the "PI Defendants"), and using at least the domain names or online marketplace accounts identified on Schedule A (collectively, the "PI Defendant User Accounts").[1]

The Court has reviewed the papers in support of the Application and finds that it has personal jurisdiction over the PI Defendants.  The PI Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District.  Specifically, the PI Defendants reach out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase counterfeit versions of Plaintiff's Outward Hound

---

[1] Any capitalized term not defined herein shall have the meaning set forth in the Order to Show Cause entered by the Court on January 31, 2023. *See* ECF No. 23.

Products ("Counterfeit Products") incorporating at least one of Plaintiff's trademarks, covered by the U.S. Trademark Registration Nos. 3,281,982; 4,912,829; 2,709,593; 2,930,186; 3,278,965; 3,646,119; 4,514,817; 5,412,084; 5,428,383; 5,781,063; 5,781,065; or 6,301,802 (the "Outward Hound Trademarks"), and/or Plaintiff's design patents, covered by U.S. Design Patent Nos. US D699,009 S; US D705,999 S; US D706,000 S; US D706,494 S; US D706,495 S; or US D706,001 S (the "Outward Hound Patents," and together with the Outward Hound Trademarks, the "Outward Hound IP").

The Court concludes that Plaintiff meets the criteria for preliminary injunctive relief against the PI Defendants.  The evidence establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted, including, for example:

1.      Through the Declarations of Anna Iskikian and Evanka Herbers and accompanying evidence, Plaintiff has proven a prima facie case of trademark infringement because (1) the Outward Hound Trademarks are registered with the U.S. Patent and Trademark Office, and Plaintiff holds all right, title, and interest in and to the Outward Hound Trademarks; (2) Plaintiff develops, markets, and sells products using the Outward Hound Trademarks; (3) the PI Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products using the mark covered by the Outward Hound Trademarks; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiff's Outward Hound Products, or would be confused by the PI Defendants' use of the Outward Hound Trademarks; and (5) the PI

2

Defendants are not licensed or authorized to use the Outward Hound Trademarks, and none of the PI Defendants is an authorized retailer of genuine Outward Hound Products.  Further, Plaintiff has proven a prima facie case of design patent infringement because the PI Defendants have infringed directly and/or indirectly the design claimed in Plaintiff's Outward Hound Patents by utilizing Plaintiff's Outward Hound Patents without Plaintiff's consent.

2.    The PI Defendants' continued and unauthorized use of the Outward Hound Trademarks and/or Outward Hound Patents irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales.

3.    Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law; and

4.    The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by the PI Defendants' actions.

The Court therefore determines that a preliminary injunction is warranted under Federal Rule of Civil Procedure 65.  The injunctive relief initially granted in the Temporary Restraining Order ("TRO") on January 31, 2023 (ECF No. 23), and later extended on February 10, 2023 and February 24, 2023 (ECF Nos. 26, 32), should remain in place through the pendency of this litigation.

**NOW THEREFORE**, on this 16th day of March, 2023, this Court ORDERS that:

3

1. The PI Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

        a.      Using the Outward Hound Trademarks and/or Outward Hound Patents or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

        b.      Passing off, inducing, or enabling others to sell or pass off any product as a genuine Outward Hound Product that is not, in fact, Plaintiff's Outward Hound Product and/or is not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale using the Outward Hound Trademarks and/or Outward Hound Patents;

        c.      Committing any acts calculated to cause consumers to believe that the PI Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

        d.      Further infringing the Outward Hound Trademarks and/or Outward Hound Patents and damaging Plaintiff's goodwill;

        e.      Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which

bear(s) any Outward Hound Trademark or any reproductions, counterfeit copies, or colorable imitations thereof;

f.      Using, linking to, transferring, selling, exercising control over, or otherwise owning the User Accounts, the PI Defendant Internet Stores, or any other domain name or online marketplace account that is being used to sell, or is the means by which the PI Defendants could continue to sell, versions of Plaintiff's Outward Hound Products; and

g.      Operating and/or hosting websites and/or any other web presence registered or operated by the PI Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product using the Outward Hound Trademarks and/or Outward Hound Patents.

2.      Within fourteen (14) days of receiving notice of this Order, the PI Defendants shall each serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) their financial accounts, including by way of example, all AllPay/GoAllPay, Amazon, Coinbase, DHgate, eBay, HyperWallet, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts; and (d) the steps taken by each PI Defendant to comply with paragraph 1, a through g, above.

3.      Within five (5) days of receipt of this Order, Amazon, DHgate, eBay, Walmart, Wish, and any other online marketplace platforms or service providers hosting or servicing a PI Defendant User Account are directed to disable and cease providing services for any PI Defendant

User Accounts through which the PI Defendants engage in the sale of counterfeit and infringing goods using the Outward Hound Trademarks and/or Outward Hound Patents, including any accounts associated with the PI Defendants.

4.     Within five (5) business days of receipt of actual notice of this Order, the PI Defendants and any third party with such actual notice who is providing services for any of the PI Defendants, or in connection with any PI Defendant User Account, including, without limitation, any online marketplace platforms such as Amazon, DHgate, eBay, Walmart, Wish, and/or merchant account providers, including AllPay/GoAllPay, Amazon, Coinbase, DHgate, eBay, HyperWallet, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers"), shall provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.  The identities and locations of the PI Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b.  The nature of the PI Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the PI Defendant User Accounts and the PI Defendants' financial accounts, as well as providing a full accounting of the PI Defendants' sales and listing history related to their respective PI Defendant User Accounts;

    c.   The PI Defendant User Accounts or any domain name registered by the PI Defendants;

    d.   Any financial accounts owned or controlled by the PI Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AllPay/GoAllPay, Amazon, Coinbase, DHgate, eBay, HyperWallet, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.      Until further ordered by this Court, the PI Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of the PI Defendants' assets.

6.      Within five (5) business days of receipt of this Order, Amazon, DHgate eBay, Walmart, Wish, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account shall, for any PI Defendant or any of the PI Defendants' Online Marketplace Accounts or websites:

    a.   Locate all accounts and funds connected to and related to the PI Defendants, the PI Defendants' Online Marketplace Accounts, or the PI Defendants'

websites, including, but not limited to, any AllPay/GoAllPay, Amazon, Coinbase, DHgate, eBay, HyperWallet, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts connected to and related to the information listed in Schedule A hereto; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of the PI Defendants' assets until further order of this Court.

7.   Within five (5) business days of receipt of this Order, any banks, savings and loan associations, payment processors, or other financial institutions, for any PI Defendant or any PI Defendant User Account, shall:

a. Locate all accounts and funds connected to the PI Defendants, the PI Defendants' Online Marketplace Accounts or PI Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A hereto; and

b. Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of the PI Defendants' assets until further order of this Court.

8.   For the reasons stated in the Court's Orders dated March 2, 2023 and March 7, 2023 (ECF Nos. 33, 38), Plaintiff may provide notice of these proceedings to the PI Defendants by electronically publishing a link to the Complaint, the January 31, 2023 TRO, this Order, and other relevant documents on a website or by sending an e-mail, including a link to said website,

to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for the PI

Defendants by third parties.  The combination of providing notice via electronic publication or e-

mail, along with any notice that the PI Defendants receive from domain name registrars and

payment processors, shall constitute notice reasonably calculated under all circumstances to

apprise the PI Defendants of the pendency of the action and afford them the opportunity to present

their objections.

       9.      Plaintiff's Schedule A to the Complaint and Exhibit 3 to the Declaration of Evanka

Herbers shall become unsealed.

       10.     Any PI Defendants that are subject to this Order may appear and move to dissolve

or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

       11.     The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with

the Court until a final disposition of this case, or until this Preliminary Injunction is terminated.


The Clerk of Court is directed to unseal Plaintiff's Schedule A to the Complaint (ECF No. 12)

and Exhibit 3 to the Declaration of Evanka Herbers (ECF Nos. 13-1 to 13-26).


       SO ORDERED.

Dated: March 16, 2023
       New York, New York


                                               JENNIFER H. REARDEN
                                             United States District Judge

**SCHEDULE A TO [PROPOSED] PRELIMINARY INJUNCTION ORDER**

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| | | |
| 2. | AMZJIANJIAN | https://www.amazon.com/sp?seller=A1KMKMHKD0R8Z1 |
| | | |
| 7. | Cinny | https://www.amazon.com/sp?seller=a17x9st42p802g |
| 8. | DLYshopping | https://www.amazon.com/sp?seller=A28PWFP6XSGN43 |
| 9. | fangfangxuan168 | https://www.amazon.com/sp?seller=A2HX8Z2KGFUNHQ |
| 10. | Feng hua gong ying lian | https://www.amazon.com/sp?seller=A1D620UCNZQPA7 |
| 11. | fuqiangzhang store | https://www.amazon.com/sp?seller=A2D03DWG6DS149 |
| 12. | GANGBAO | https://www.amazon.com/sp?seller=A3KZFEVQ1B7JM |
| 13. | GLINZDz | https://www.amazon.com/sp?seller=A25MQB1V34KZBL |
| 14. | GOARD LODA | https://www.amazon.com/sp?seller=A1B6JFFG9IA1DA |
| 15. | GYANF | https://www.amazon.com/sp?seller=ACVSOSNM5AS9B |
| 16. | HOME-STAR | https://www.amazon.com/sp?seller=A1A1KPWECJ9D0V |
| 17. | Huayuan Supplies | https://www.amazon.com/sp?seller=A2BH9TV7VG30DT |
| 18. | Incyj | https://www.amazon.com/sp?seller=A7HW74J3P7G7L |
| 19. | Jindawu-US | https://www.amazon.com/sp?seller=AG8RFCGAP1B4Q |
| 20. | Jingbo | https://www.amazon.com/sp?seller=AKRZ9YAQUQ60J |
| 21. | jiujianglinfudianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A3IYODT7MGFS4L |
| 22. | Juanking | https://www.amazon.com/sp?seller=A1T0K56WD0Q35 |
| 23. | lambo888 | https://www.amazon.com/sp?seller=A1T0BEG6BG18XO |
| 24. | LAN-YAN | https://www.amazon.com/sp?seller=A14H2H8DVO0XOM |
| 25. | Likeets | https://www.amazon.com/sp?seller=AU3JB6LVSK9R2 |
| 26. | Luohe Dichu Trading Co., Ltd. | https://www.amazon.com/sp?ie=UTF8&seller=A3BXKQQFPV4ETH&asin=B092J9WPRC&ref_=dp_merchant_link#:~:text=Submit-,Luohe%20Dichu%20Trading%20Co.%2C%20Ltd.,-Visit%20the%20storefront |
| 27. | MaoTopCom | https://www.amazon.com/sp?seller=AMSDKPKMC48KT |
| 28. | NZSMYXGS | https://www.amazon.com/sp?seller=A1OEXF7FQ4D9LT |
| | | |
| 31. | RSiug Ltd. | https://www.amazon.com/sp?seller=A32LBCWGCCQIT |
| | | |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 33. | sensiya | https://www.amazon.com/sp?seller=A1Y7JNW596SEZ2 |
| | | |
| 35. | shuangmai | https://www.amazon.com/sp?seller=A3V6BO02A6M5FC |
| 36. | Sxhlsellon | https://www.amazon.com/sp?seller=A1LD6PUW8KAGJI |
| 37. | Threelin3 | https://www.amazon.com/sp?seller=af4gk0oaukzwc |
| 38. | tongshengyao | https://www.amazon.com/sp?seller=AN1KO8263KGQ0 |
| 39. | wenhangliyunhuishangmaoyouxiangongsi888 | https://www.amazon.com/sp?seller=AYH154SDTU3ZC |
| | | |
| 41. | Wuiadef-US | https://www.amazon.com/sp?seller=A18P9J1R19E2OV |
| | | |
| 44. | bianqueli | https://www.dhgate.com/store/about-us/21635047.html |
| 45. | bulksell | https://www.dhgate.com/store/about-us/20530017.html |
| 46. | emours | https://www.dhgate.com/store/about-us/18477257.html |
| 47. | EWIN24 GROUP | https://www.dhgate.com/store/about-us/14772852.html |
| 48. | galry | https://www.dhgate.com/store/about-us/20249163.html |
| 49. | jspet1 | https://www.dhgate.com/store/about-us/21703209.html |
| 50. | lumber21 | https://www.dhgate.com/store/about-us/21634690.html |
| 51. | mixsmoking | https://www.dhgate.com/store/about-us/21298370.html |
| 52. | petrich | https://www.dhgate.com/store/about-us/21014324.html |
| 53. | rubibegone | https://www.dhgate.com/store/about-us/21628308.html |
| 54. | xianbeilo | https://www.dhgate.com/store/about-us/21631225.html |
| | | |
| 61. | evicbeshop | https://www.ebay.com/usr/evicbeshop |
| | | |
| 65. | jasgood18 | https://www.ebay.com/usr/jasgood18 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | | |
| 82. | Caluo E-commerce | https://www.walmart.com/reviews/seller/101266581 |
| 83. | chengdujianghubianshang | https://www.walmart.com/reviews/seller/101295926 |
| | | |
| 87. | Happy date | https://www.walmart.com/reviews/seller/101043410 |
| 88. | Grocery Store | https://www.walmart.com/reviews/seller/101263008 |
| 89. | hefeizaiheibaihuoyouxiangongsi | https://www.walmart.com/reviews/seller/101294914 |
| | | |
| 91. | Lsgrael | https://www.walmart.com/reviews/seller/101198093 |
| | | |
| 93. | NEGOO STORE | https://www.walmart.com/reviews/seller/101264045 |
| 94. | putianshichengxiangquqirongmaoyiyouxiangongsi | https://www.walmart.com/reviews/seller/101288091 |
| 95. | SAJAR TRADING | https://www.walmart.com/reviews/seller/101259895 |
| 96. | ShanXiFaZeKeJiYouXianGongSi | https://www.walmart.com/reviews/seller/101289718 |
| | | |
| 98. | Suuny Market | https://www.walmart.com/reviews/seller/101256289 |
| 99. | Waykada | https://www.walmart.com/reviews/seller/101191347 |
| 100. | xuanchengxuanfanqiyeguanliyouxiangongsi | https://www.walmart.com/reviews/seller/101257512 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 102. | Cwhjun  kk | https://www.wish.com/merchant/58896a40e5c8a54e084440d4 |
| | | |
| 104. | Deborahllk | https://www.wish.com/merchant/5e8593ca691d1b2c0bd6821a |
| | | |
| 106. | heronzt | https://www.wish.com/merchant/58296c54a6170f1b820897e9 |
| 107. | kubi1993 | https://www.wish.com/merchant/5aeec7c11c25001326fbec64 |
| 108. | Lovely TianTian | https://www.wish.com/merchant/5b51b24b6f892b484fa7cb87 |
| 109. | lusonghong1740 | https://www.wish.com/merchant/6111f524e2a3d0121e044b37 |
| 110. | MMKemisidiPuppyPet | https://www.wish.com/merchant/5df7372af5a34b037e8d5afa |
| 111. | Mozzarella | https://www.wish.com/merchant/6184151308832f4adaa79f48 |
| 112. | nbmxtudtrr | https://www.wish.com/merchant/5fc2261710cec62bb26734ab |
| 113. | Prague jewelry shop | https://www.wish.com/merchant/57eb88acb55b6022dff3627d |
| 114. | taotaoshouji | https://www.wish.com/merchant/58a7be02370a2b505888c29b |
| 115. | zaturday | https://www.wish.com/merchant/5f43d01bc8e8b0016377a8a2 |
| 116. | ZeLing991 | https://www.wish.com/merchant/5b1a2fa2daac452223731b58 |
| 117. | ZKchangjiang | https://www.wish.com/merchant/585a0c6658d7975224b53219 |
| | | |