UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KYJEN COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) 23-cv-00612 (JHR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] DISBURSEMENT ORDER**

The Clerk is directed to disburse:

    The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee;

To Plaintiff's counsel:

    BOIES SCHILLER FLEXNER LLP
    Attn: Christopher Tom
    55 Hudson Yards
    New York, NY 10001

*See* ECF No. 86 ¶ 24.

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated: November 3, 2025
       New York, NY

                                              _____
                                              United States District Judge
                                              Jennifer H. Rearden